No. 10-10425. Ronald W. Wolfe, Petitioner v. Wisconsin.

564 U.S. 1010, 131 S. Ct. 3005, 180 L. Ed. 2d 832, 2011 U.S. LEXIS 4422.

June 13, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District II, denied.

Same case below, 325 Wis. 2d 401, 786 N.W.2d 489.

No. 10-10429. Maurice Lamar Ross, Petitioner v. United States.

564 U.S. 1010, 131 S. Ct. 3005, 180 L. Ed. 2d 832, 2011 U.S. LEXIS 4552.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 413 Fed. Appx. 457.

No. 10-10434. Jermaine Woodbury, Petitioner v. United States.

564 U.S. 1010, 131 S. Ct. 3005, 180 L. Ed. 2d 832, 2011 U.S. LEXIS 4462.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 813.

No. 10-10435. Nathan Smith, Petitioner v. United States.

564 U.S. 1010, 131 S. Ct. 3005, 180 L. Ed. 2d 832, 2011 U.S. LEXIS 4484.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 417 Fed. Appx. 911.

No. 10-10439. Martin Francisco Salazar, Petitioner v. United States.

564 U.S. 1010, 131 S. Ct. 3306, 180 L. Ed. 2d 832, 2011 U.S. LEXIS 4505,

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 44.

No. 10-10440. John Phillip Hernandez, Petitioner v. United States.

564 U.S. 1010, 131 S. Ct. 3306, 180 L. Ed. 2d 832, 2011 U.S. LEXIS 4521.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 633 F.3d 370.

No. 10-10441. Jose Maria Hernandez Rojas, Petitioner v. United States.

564 U.S. 1010, 131 S. Ct. 3306, 180 L. Ed. 2d 832, 2011 U.S. LEXIS 4384.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 781.

No. 10-10442. Jose Angel Amaya-Ramos, Petitioner v. United States.

564 U.S. 1010, 131 S. Ct. 3306, 180 L. Ed. 2d 832, 2011 U.S. LEXIS 4402.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 788.